#188955

RECEIVED
09 AUG 27 AM 9:31
U.S. BANKRUPTCY COURT

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: _John Donald Carsten, Sr._

Chapter 7 Case No. _08-45682_

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| St. Paul Eye Clinic | 1 | | $0.72 |

Date: _August 26, 2009_

_____
Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN  55402
(612) 332-8871    #63538

18